RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jorge Armando Gomez-Vargas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ARMANDO GOMEZ-VARGAS,<br><br>Defendant. | Case No. 2:19-mj-00138-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jorge Armando Gomez-Vargas, that the Preliminary Hearing currently scheduled on July 1, 2019 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs additional time to review the discovery and research the issues involved in this matter prior to a preliminary hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to receive and review the discovery prior to a preliminary hearing.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the fourth request for a continuance of the preliminary hearing.

DATED this 28th day of June, 2019.

RENE L. VALLADARES  
Federal Public Defender

/s/ Nisha Brooks-Whittington  
By_____  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

/s/ Linda Mott  
By_____  
LINDA MOTT  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00138-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JORGE ARMANDO GOMEZ-VARGAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, July 1, 2019 at 4:00 p.m. be vacated and continued to August 20, 2019 at the hour of 4:00 p.m.

DATED this 28 of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE